## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80428-CIV-RYSKAMP/VITUNAC

JESSIE EASON,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes beofre the Court pursuant to the July 7, 2010 **[DE ]** Report and Recommendation of United States Magistrate Judge Ann E. Vitunac, recommending that the Motion to Vacate be granted. The Court has reviewed the Report and Recommendation and has conducted a de novo review of the underlying record. The Court, on July 8, 2010, sentenced Plaintiff to time served. It is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 10th day of July, 2010.

                    S/Kenneth L. Ryskamp
                    KENNETH L. RYSKAMP
                    UNITED STATES DISTRICT JUDGE